IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS WARNER,<br>    Plaintiff,<br><br>v.<br><br>SUN SHIP, LLC, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 11-7830 |

### ORDER

**AND NOW**, this 30th day of April 2012, upon consideration of Defendants' Motion to Dismiss (Doc. No. 5), Plaintiff's Memorandum of Law in Opposition thereto (Doc. No. 8), Defendants' Reply (Doc. No. 11), and Plaintiff's Sur-reply (Doc. No. 15), and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED with prejudice**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe, J.

_____
**CYNTHIA M. RUFE, J.**